CLEVELAND BAR ASSOCIATION *v.* HERZOG.

[Cite as *Cleveland Bar Assn. v. Herzog* (1999), 87 Ohio St.3d 215.]

(No. 99–1157—Submitted August 25, 1999—Decided November 10, 1999.)

216

*Steven S. Kaufman* and *Lynn A. McLaughlin,* for relator.

*Charles W. Kettlewell* and *Dennis P. Murray,* for respondent.

***Per Curiam.*** We affirm the findings, conclusions, and recommendation of the board. " '[W]hen an attorney engages in a course of conduct resulting in a

finding that the attorney has violated DR 1–102(A)(4), the attorney will be actually suspended from the practice of law for an appropriate period of time.' " *Disciplinary Counsel v. Eisenberg* (1998), 81 Ohio St.3d 295, 296, 690 N.E.2d 1282, 1283, quoting *Disciplinary Counsel v. Fowerbaugh* (1995), 74 Ohio St.3d 187, 190, 658 N.E.2d 237, 240.

Respondent's conduct throughout the bankruptcy proceeding, including his misrepresentations, lack of candor, and failure to fully cooperate, warrants a suspension. We will not allow attorneys who lie to courts to continue practicing law without interruption. See *Toledo Bar Assn. v. Batt* (1997), 78 Ohio St.3d 189, 192, 677 N.E.2d 349, 352. Respondent is hereby suspended from the practice of law in Ohio for six months. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.